**Order entered January 18, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01018-CV

### JOSE ROSARIO MENDOZA, JR., Appellant

### V.

### CITIZEN DALLAS LLC, ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02551-C**

### ORDER

Before the Court is the December 27, 2022 letter of counsel for appellee which we construe as a motion to dismiss the appeal. We **DENY** the motion.[1]

/s/    BILL PEDERSEN, III
JUSTICE

---

[1] By order dated October 10, 2022, we granted appellant's motion for an extension of time to file a notice of appeal.